AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF ARKANSAS

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 30 2008

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 4:01CR00028-01 JLH |
| **CARNELL JOHNSON** ) | USM No: 22309-009 |
| Date of Previous Judgment: October 16, 2002 ) | Omar F. Greene, II - appointed on March 6, 2008 |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  **X** the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  **X** GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  **135 mos. - Count 1**  months is reduced to  **120 mos. - Count 1**.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 29 | Amended Offense Level: | 27 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 121 to 151 months | Amended Guideline Range: | 120 to 125 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

**X** The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

**Defendant's original sentence was 135 months on Count 1 and 120 months on Count 3 to run concurrently; with 60 months on Count 2 to run consecutively to the sentence imposed on Counts 1 and 3. The sentence reduction of 120 months is for Count 1 only; the sentences imposed for Counts 2 and 3 remain the same.**

Except as provided above, all provisions of the judgment dated  October 16, 2002  shall remain in effect.

**IT IS SO ORDERED.**

Order Date:  July 30, 2008

_____
Judge's signature

Effective Date:  July 30, 2008
(if different from order date)

**J. LEON HOLMES, U.S. DISTRICT JUDGE**
Printed name and title