**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                                       PLAINTIFF

v.                                                       No. 4:01CR00028 JLH

CARNELL JOHNSON                                                                                                DEFENDANT

**ORDER**

Carnell Johnson is a seventy-four-year-old man with dementia and other serious medical problems. He is scheduled to be released from the custody of the Bureau of Prisons on July 19, 2014, following a lengthy term of imprisonment for possession with intent to distribute cocaine, use of a firearm during a drug trafficking offense, and felon in possession of a firearm. His sentence included a term of eight years of supervised release.

Johnson's case manager and social worker have made arrangements for him to be admitted to the Brookside Rehabilitation Center in Little Rock upon his release. Because of his health condition, he has requested that the Court relieve him of any term of supervised release. The applicable statute provides that the Court may terminate a term of supervised release and discharge the defendant at any time after the expiration of one year of supervised release. 18 U.S.C. § 3583(e)(1). Thus, the Court lacks the authority to terminate supervised release until after Johnson has served one year of supervised release. The Court can, however, modify the conditions of supervised release and authorize the probation office not to engage in active supervision. Accordingly, standard conditions 2, 4, and 5, as well as special conditions 1 and 2, are suspended. Furthermore, the Court authorizes the United States Probation Office, in its discretion, to refrain from active supervision of Johnson unless and until such time as his health improves and he acquires the ability to live outside of the Brookside Rehabilitation Center or a similar facility.

Carnell Johnson's motion to be relieved of supervised release is therefore DENIED. Document #90.

IT IS SO ORDERED this 9th day of July, 2014.

*J. Leon Holmes*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE